ACCEPTED
03-15-00570-CV
7160146
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/30/2015 10:11:38 AM
JEFFREY D. KYLE
CLERK

03-15-00528-CV

No. ~~03-15-00570-CV~~

# In the Court of Appeals
# For the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/30/2015 10:11:38 AM
JEFFREY D. KYLE
Clerk

TEXAS EDUCATION AGENCY AND MICHAEL WILLIAMS, COMMISSIONER OF
EDUCATION, IN HIS OFFICIAL CAPACITY,
*APPELLANTS*

v.

IN RE ACADEMY OF CAREERS AND TECHNOLOGY, INC. D/B/A ACADEMY OF CAREERS
AND TECHNOLOGIES CHARTER SCHOOL*,*
*Appellee*

On Accelerated Appeal from the 200th Judicial District Court of
Travis County, Texas
Cause No. D-1-GN-15-002879

**RESPONSE TO APPELLEE'S MOTION TO DISMISS ACCELERATED
APPEAL FOR WANT OF PROSECUTION**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants, the Texas Education Agency and Michael L. Williams,

Commissioner of Education, in his Official Capacity, (collectively "TEA") filed

a Notice of Accelerated Appeal of the trial court's denial of its Plea to the

Jurisdiction and grant of Appellee's Request for Temporary Injunction on August

21, 2015, the date the parties received a letter order from the 200th District Court

of Travis County, the Honorable Gisela D. Triana presiding, pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE § 51.014(a)(4) and (8).

On or about September 1, 2015, Appellee filed a Motion to Dismiss Appellants' Accelerated Appeal arguing that it was premature because the trial court had not yet signed an order.

The trial court signed the order granting Appellee's Temporary Injunction and denying Appellants' Plea to the Jurisdiction on September 3, 2015. CR at 440-441. On September 2, 2015, Appellants filed an Amended Notice of Accelerated Appeal and Notice of Automatic Stay and attached the letter order signed by Judge Triana. CR at 436-439. After they received the signed Order, Appellants filed a Supplemental Notice of Accelerated Appeal and Notice of Automatic Stay, attaching the order signed by Judge Triana. Ex. A. Thus, Appellants' perfected their right to this interlocutory appeal and the Court should deny Appellee's Motion to Dismiss.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Division Chief - General Litigation

/s/ Erika M. Laremont
ERIKA M. LAREMONT
State Bar No. 24013003
Assistant Attorney General
General Litigation Division
Post Office Box 12548, Capitol Station
Austin, Texas   78711-2548
512-463-2120 (Telephone)
512-320-0667 (Facsimile)
erika.laremont@texasattorneygeneral.gov

ATTORNEYS FOR APPELLANTS

3

**CERTIFICATE OF SERVICE**

On September 30, 2015, this response was served via File&ServeXpress on:

D. Todd Smith
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746

Stephen M. Foster
9013 Magna Carta Loop
Austin, Texas 78754

*Counsel for Appellee*


/s/ Erika M. Laremont
ERIKA M. LAREMONT

9/3/2015 4:13:58 PM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-15-002879**
**Patricia Winkler**

CAUSE NO. D-1-GN-15-002879

| | | |
|---|---|---|
| ACADEMY OF CAREERS AND | § | IN THE DISTRICT COURT |
| TECHNOLOGIES INC. d/b/a ACADEMY | § | |
| OF CAREERS AND TECHNOLOGIES | § | |
| CHARTER SCHOOL | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | 98th JUDICIAL DISTRICT |
| | § | |
| TEXAS EDUCATION AGENCY and | § | |
| MICHAEL WILLIAMS in his Official | § | |
| Capacity as the Commissioner of Education | § | |
| *Defendants.* | § | TRAVIS COUNTY, TEXAS |

## DEFENDANTS' SUPPLEMENTAL NOTICE OF ACCELERATED APPEAL AND NOTICE OF AUTOMATIC STAY

TO THE HONORABLE DISTRICT COURT JUDGE:

Defendants the Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity, ("Defendants") file this Supplemental Notice of Accelerated Appeal of the Trial Court's Letter Order of the 200th District Court of Travis County, the Honorable Gisela D. Triana presiding, issued August 21, 2015, and Order related thereto signed on September 3, 2015, in the above-referenced cause of action which denied Defendants' Plea to the Jurisdiction and granted Plaintiff's temporary injunction. *See* Exhibit B.

Defendants are entitled to this interlocutory appeal pursuant to TEX. CIV. PRAC. & REM CODE REM. CODE § 51.014(a)(4) and (8), which allows appeal from a district court's interlocutory order granting a temporary injunction or order denying a governmental unit's plea to the jurisdiction.

This appeal involves issues similar to those raised in two other matters involving three charter schools—American Youthworks Charter School, Honors Academy, and Azleway Charter

**EXHIBIT**

**A**

School —which are currently on appeal in the Court of Appeals for the Third Judicial District, Austin, Texas, Nos. 03-14-00283-CV and 03-14-00360-CV.

## ACCELERATED APPEAL

Pursuant to TEX. R. APP. P. 25.1(d)(6) and 28.1(a), Defendants give notice that this is an accelerated appeal to the Third District Court of Appeals, as it is an appeal of an interlocutory order allowed as of right by statute. *See* TEX. CIV. PRAC. & REM. CODE §§ 51.014(a)(4), (8).

## NOTICE OF STAY OF ALL PROCEEDINGS IN TRIAL COURT PENDING RESOLUTION OF THIS APPEAL

Defendants invoke TEX. R. APP. P. § 29.1(b) and TEX. CIV. PRAC. & REM. CODE § 6.001 by this Notice of Accelerated Appeal, thereby staying the Order awarding a temporary injunction. *See Public Utility Com'n of Texas v. Coalition of Cities for Affordable Utility Rates*, 776 S.W.2d 221 (Tex.App.—Austin 1989) *rev'd on other grounds by* 798 S.W.2d 560 (pendency of an appeal from an order granting interlocutory relief suspends order appealed from when appellant not required to post bond). In light of Defendants' denied jurisdictional challenge, they further invoke TEX. CIV. PRAC. & REM. CODE § 51.014 (b) to stay "all other proceedings in the trial court pending resolution" of this appeal of the September 3, 2015 Order.

## DEFENDANTS ARE NOT REQUIRED TO POST A COST BOND

Notice is further given that pursuant to TEX. CIV. PRAC. & REM. CODE § 6.001, Defendants are not required to file a bond for court costs. Defendants' appeal is therefore perfected upon the filing of the notice of appeal.

Respectfully submitted,


KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Division Chief - General Litigation


/s/ Erika M. Laremont
ERIKA M. LAREMONT
State Bar No. 24013003
Assistant Attorney General
General Litigation Division
Post Office Box 12548, Capitol Station
Austin, Texas  78711-2548
512-463-2120 (Telephone)
512-320-0667 (Facsimile)
erika.laremont@texasattorneygeneral.gov
**ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent via File & ServeXpress and electronic mail on this the 3rd day of September, 2015, to:

D. Todd Smith
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746

/s/ Erika M. Laremont
ERIKA M. LAREMONT



NO. D-1-GN-15-002879

| | | |
|---|---|---|
| ACADEMY OF CAREERS AND TECHNOLOGIES, INC. d/b/a ACADEMY OF CAREERS AND TECHNOLOGIES CHARTER SCHOOL | § § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | OF TRAVIS COUNTY, TEXAS |
| TEXAS EDUCATION AGENCY and MICHAEL WILLIAMS in His Official Capacity as the Commissioner of Education | § § § § § | |
| Defendants. | § § | 200TH JUDICIAL DISTRICT |

## ORDER GRANTING TEMPORARY INJUNCTION

CAME ON FOR CONSIDERATION Plaintiff's Motion for Temporary Injunction. After considering the motion, the responses on file, the authorities cited, all admissible evidence, and the arguments of counsel, the Court FINDS as follows:

1.      Defendants Texas Education Agency and Michael Williams, in His Official Capacity as the Commissioner of Education ("Defendants") intend to revoke the charter of Plaintiff Academy of Careers and Technologies, Inc. d/b/a Academy of Careers and Technologies Charter School, take over its bank accounts and real property, and close the school down.

2.      Plaintiff will suffer irreparable harm if Defendants are not enjoined from revoking Plaintiff's charter.

3.      Defendants will suffer no harm from a delay in their efforts to revoke Plaintiff's charter.



4.     This case presents important constitutional issues, including but not limited to the procedural due process required in manner of the charter revocation pursuant to *Mathews v. Eldridge*, 424 U.S. 319 (1976), and whether Defendants are constitutionally taking Plaintiff's private property in violation of the Fourteenth Amendment. These issues should be considered carefully and thoughtfully after a full trial on the merits.

5.     Absent a temporary injunction, Plaintiff has no adequate remedy at law.

Accordingly, the Court GRANTS Plaintiff's Motion for Temporary Injunction.

The Court ORDERS, ADJUDGES, AND DECREES that Defendants Texas Education Agency and Michael Williams, in His Official Capacity as the Commissioner of Education, and Defendants' agents, servants, attorneys, employees, representatives, and any person or party in concert or participation with them, are PROHIBITED and ENJOINED from taking any further action to revoke Plaintiff's charter, take over Plaintiff's bank accounts and real property, or shut Plaintiff's school down until such time as this Court may conduct a full trial on the merits.

It is FURTHER ORDERED that final trial to determine whether this temporary injunction should be made permanent is set for **February 1, 2016 at 9:00 o'clock a.m**.

Applicant shall post a bond in the amount of $2,500.00.

Based upon the Court's findings that constitutional rights are involved, for which there would be no sovereign immunity from suit over a suit to determine those constitutional rights, the Court denies the Defendants' plea to the jurisdiction.

SIGNED on this 2nd day of September, 2015 at _3:30_ o'clock _p_.m.

_____
The Honorable Gisela D. Triana
Judge Presiding

2